UNITED STATES of America,
Plaintiff–Appellee

v.

Aureliano AGUILAR–TAPIA,
Defendant–Appellant.

No. 04–51358.

United States Court of Appeals,
Fifth Circuit.

Decided Aug. 15, 2005.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, San Antonio, TX, for Plaintiff–Appellee.

Walter Mabry Reaves, Jr., Law Offices of Walter Reaves, West, TX, for Defendant–Appellant.

Before SMITH, GARZA, and PRADO, Circuit Judges.

PER CURIAM: [1]

IT IS ORDERED that appellee's unopposed motion to vacate sentence is GRANTED.

IT IS FURTHER ORDERED that appellee's unopposed motion to remand case to the district court for resentencing is GRANTED.

IT IS FURTHER ORDERED that appellee's unopposed alternative motion to extend time to file appellee's brief until 14

---

* Pursuant to 5th Cir. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Cir. R. 47.5.4.

1. Pursuant to 5th Circuit Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Circuit Rule 47.5.4.

days after denial of the motion to vacate and remand is DENIED.